**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Neighborhood Radiology Management & Services II, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-4786177 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 17 Skyline Drive | 545 Elmont Road |
| Number    Street | Number    Street |
| | P.O. Box |
| Elmsford     NY     10523 | Elmont     NY     11003 |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Westchester County | |
| County | Number    Street |
| | |
| | City     State     ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor __Neighborhood Radiology Management & Services II, LLC__   Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____   Case number _____
                                          MM / DD / YYYY
        District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____
        District _____   When _____
                                                       MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Neighborhood Radiology Management & Services II, LLC          Case number (*if known*)_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor __Neighborhood Radiology Management & Services II, LLC__    Case number (*if known*)_____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/19/2020__
            MM  / DD / YYYY

✘ /s/ Daniel DiPietro                           Daniel DiPietro
Signature of authorized representative of debtor    Printed name

Title __Manager__

**18. Signature of attorney**

✘ /s/ Dawn Kirby                                Date __02/19/2020__
Signature of attorney for debtor                         MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number    Street

Scarsdale                                NY          10583
City                                     State       ZIP Code

(914) 401-9500                           dkirby@kacllp.com
Contact phone                            Email address

2733004                                  NY
Bar number                               State

92-37 Metropolitain Owners, LLC
259 West 30th Street
Ste 302
New York, NY 10001


Consolidated Edison
JAF Station
PO Box 1702
New York, NY 10116-1702


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


National Grid
PO Box 960
Northborough, MA 01532


NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007


NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201


NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Office of the United States Trustee
201 Varick Street, Ste 1006
New York, NY 10014

United States Bankruptcy Court
Southern District of New York

In re: Neighborhood Radiology Management & Services II, LLC

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  02/19/2020

/s/ Daniel DiPietro
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:** Case No._____

Neighborhood Radiology Management & Services II, LLC  Chapter  11
_____  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| The Health You Today LLC , | 1 | |
| Daniel DiPietro , | 99 | |

# United States Bankruptcy Court

### Southern District of New York

In re Neighborhood Radiology Management & Services II, LLC

Case No. _____

**Debtor**

Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 12,500.00

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 525.00

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify) CDP Holdings Group LLC

3. The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. [Other provisions as needed]

The professional services Kirby Aisner & Curley LLP will render to the Debtor include the following:

a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.

b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor?s protection from its creditors under Chapter 11 of the Bankruptcy Code.

d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.

e. To attend meetings and negotiate with representatives of creditors and other parties in interest.

f. To advise the Debtor in connection with any potential sale of the business.

g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.

h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor?s estate and to promote the best interests of the Debtor, its creditors and its estate.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/19/2020

*Date*

/s/ Dawn Kirby, 2733004

*Signature of Attorney*

Kirby Aisner & Curley LLP

*Name of law firm*

700 Post Road  
Suite 237  
Scarsdale, NY 10583  
(914) 401-9500  
dkirby@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

NEIGHBORHOOD RADIOLOGY MANAGEMENT
& SERVICES II, LLC

Chapter 11
Case No.: 20-

------------------------------------------------------------------X

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, <u>Daniel DiPietro</u>, declare under penalty of perjury that I am the <u>Manager</u> of <u>Neighborhood Radiology Management & Services II, LLC</u>, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on <u>February 19, 2020.</u>

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter <u>11</u> of Title 11 of the United States Code;

Be It Therefore Resolved that <u>Daniel DiPietro</u>, <u>Manager</u>, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter <u>11</u> voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that <u>Daniel DiPietro</u>, <u>Manager</u>, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that <u>Daniel DiPietro</u>, <u>Manager</u>, of this Corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Dated:  Scarsdale, New York
        February 19, 2020

NEIGHBORHOOD RADIOLOGY
MANAGEMENT & SERVICES II, LLC


By:  <u>/s/ Daniel DiPietro</u>
       Daniel DiPietro, Manager

**Resolution of Board of Directors**
**Of**
**NEIGHBORHOOD RADIOLOGY MANAGEMENT & SERVICES II, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter <u>11</u> of Title 11 of the United States Code;

Be It Therefore Resolved, that <u>Daniel DiPietro</u>, <u>Manager</u>, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that <u>Daniel DiPietro</u>, <u>Manager</u>, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that <u>Daniel DiPietro</u>, <u>Manager</u>, of this Corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Dated: Scarsdale, New York
February 19, 2020

*/s/ Daniel DiPietro*
Daniel DiPietro, Manager